Pl's Ex 1

Pagocheck ©

ELIANA A. GALAN

Employee ID: 00020
Soc Sec # ***-**-8038

|  | This Check | Year to Date |
|---|---|---|
| Gross | 150.00 | 300.00 |
| Fed Income | -2.88 | -5.76 |
| Soc Sec | -9.30 | -18.60 |
| Medicare | -2.18 | -4.36 |
| Local | -0.66 | -1.32 |
| SDI | -0.60 | -1.20 |

Salary

Total
150.00

EL PEQUENO COFFEE SHOP
8610 Roosevelt Ave. Unit 4 Jackson Heights, NY 11372-7500

Net Check:              $134.38
Pay Period Beginning: Jul 27, 2015
Pay Period Ending: Aug 2, 2015

Total                                    150.00
Check Date: 8/8/15
Weeks in Pay Period: 1

EL PEQUENO COFFEE SHOP
8610 Roosevelt Ave. Unit 4 Jackson Heights, NY 11372-7500

VOIDED

One Hundred Thirty-Four and 38/100 Dollars

Aug 8, 2015                            134.38

ELIANA A. GALAN
97-15 HORACE HARDING EXP APT 1
CORONA, NY  11368

VOIDED

Galan, et al v. Segarra, et al.
CV 18-2603 (ENV)(JO)