United States Bankruptcy Court
Eastern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/18/2019 at 5:26 PM and filed on 06/18/2019.

**Chiflez Corp.**
9502 Roosevelt Avenue
Jackson Heights, NY 11372
Tax ID / EIN: 46-1217434

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-19-43748.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** |
|---|
| Transaction Receipt |
| 06/18/2019 17:26:27 |

| PACER Login: | lfmorrison2007:2588979:0 | Client Code: | |
|---|---|---|---|
| **Description:** | Notice of Filing | **Search Criteria:** | 1-19-43748 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |