# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 13 |
| **CARLOS SEGARRA,** | Case No. 19-45418 (CEC) |
| **Debtor.** | |

## <u>ORDER DISMISSING CHAPTER 13 CASE</u>

      **WHEREAS**, on September 10, 2019, Carlos Segarra (the "**Debtor**"), filed a voluntary

petition under Chapter 13 of Title 11 of the United States Code ("**Bankruptcy Code**" or the

"**Code**");

      **WHEREAS**, on November 20, 2019, the Debtor's attorneys, Morrison Tenenbaum PLLC,

filed a Motion for Voluntary Dismissal and now seeks the entry of an order dismissing this case

pursuant to section 1307(b) of Title 11 of the Bankruptcy Code, and; now it is therefore

      **ORDERED**, that the Debtor's Chapter 13 petition, Case No. ~~18-13992 (CGM)~~ ***19-45418***

***(CEC)*** is hereby **DISMISSED** pursuant to section 1307(b) of the Bankruptcy Code.



Dated: Brooklyn, New York
      November 21, 2019

_____
      **Carla E. Craig**
      **United States Bankruptcy Judge**

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carlos Segarra** | Social Security number or ITIN    **xxx–xx–6908** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of New York** | | Date case filed for chapter  **13    9/10/19** |
| Case number:    **1–19–45418–cec** | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 13 petition in bankruptcy on September 10, 2019, and an order having been signed by the Honorable Carla E. Craig, United States Bankruptcy Judge, on November 21, 2019 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: November 22, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]

# Notice Recipients

| | |
|---|---|
| District/Off: 0207–1 | User: cteutonic | Date Created: 11/22/2019 |
| Case: 1–19–45418–cec | Form ID: 227 | Total: 28 |

**Recipients of Notice of Electronic Filing:**

aty        Lawrence Morrison        lmorrison@m–t–law.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Carlos Segarra        24–28 95th Street, FL 1        East Elmhurst, NY 11369
tr        Michael J. Macco        2950 Express Drive South        Suite 109        Islandia, NY 11749
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office
Building        201 Varick Street, Suite 1006        New York, NY 10014
9721679        Carolina Guerrero        c/o Ackerman Fox LLP        90 Merrick Ave Suite 400        East Meadow NY
11554        Attn: Kamini Fox, Esq
9636171        Carolina Guerrero        c/o Mohammed Gangat        27005 79 Avenue        New Hyde Park NY
11040–0000
9730094        DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee        PHH Mortgage Corporation        Attn:
Bankruptcy Department        PO Box 24605        West Palm Beach, FL 33416–4605
9733047        Deutsche Bank National Trust Company        c/o RAS Boriskin, LLC        900 Merchants Concourse, Suite
310        Westbury, NY 11590
9721680        Eliana Galan        c/o Ackerman Fox LLP        90 Merrick Ave Suite 400        East Meadow NY
11554        Attn: Kamini Fox, Esq
9636172        Eliana Galan        c/o Mohammed Gangat        27005 79 Avenue        New Hyde Park NY 11040–0000
9721681        Elsa Mayor        c/o Ackerman Fox LLP        90 Merrick Ave Suite 400        East Meadow NY 11554        Attn:
Kamini Fox, Esq
9636173        Elsa Mayor        c/o Mohammed Gangat        27005 79 Avenue        New Hyde Park NY 11040–0000
9733875        Gladys Garcia        106–06 76th Street        Ozone Park, NY 11417
9721683        Gladys Garcia        c/o Ackerman Fox LLP        90 Merrick Ave Suite 400        East Meadow NY
11554        Attn: Kamini Fox, Esq
9636169        Internal Revenue Service        Central Insolvency Unit        PO Box 7346        Philadelphia PA
19101–0000
9710737        JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        c/o Robertson, Anschutz & Schneid,
P.L.        6409 Congress Avenue, Suite 100        Boca Raton, FL 33487
9710738        JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        c/o Robertson, Anschutz & Schneid,
P.L.        6409 Congress Avenue, Suite 100        Boca Raton, FL 33487
9710741        JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        c/o Robertson, Anschutz & Schneid,
P.L.        6409 Congress Avenue, Suite 100        Boca Raton, FL 33487
9739713        JPMorgan Chase Bank, National Association        Chase Records Center, Att: Corresp. Mail        Mail Code
LA4–5555        700 Kansas Lane        Monroe, LA 71203
9696005        JPMorgan Chase Bank, National Association        c/o McCalla Raymer Leibert Pierce, LLC        420 Lexington
Avenue, Suite 840        New York, NY 10170
9721682        Luz Trejos        c/o Ackerman Fox LLP        90 Merrick Ave Suite 400        East Meadow NY 11554        Attn:
Kamini Fox, Esq
9636174        Luz Trejos        c/o Mohammed Gangat        27005 79 Avenue        New Hyde Park NY 11040–0000
9636175        Mohammed Gangat        27005 79 Avenue        New Hyde Park NY 11040–0000
9720930        Mohammed Gangat, Esq.        c/o Ackerman Fox LLP        90 Merrick Ave Suite 400        East Meadow NY
11554        Attn: Kamini Fox, Esq
9636170        NYS Dept. of Tax and Fin.        Bankruptcy Section        PO Box 5300        Albany NY 12205–0000
9693281        New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New
York 12205–0300
9715534        On Deck Capital, Inc.        c/o Christine Levi        101 West Colfax Ave., 10th Floor        Denver, CO
80202
9726069        Portfolio Recovery Associates, LLC        c/o The Home Depot        POB 41067        Norfolk VA 23541

TOTAL: 27