# EXHIBIT B

**Galan and Guerrero v Segarra et al (EDNY)**
**Time Entries on Matters Related to Enforcement of Settlement Agreement**

| Date | Duration | Task |
| --- | --- | --- |
| 9/25/19 | .2 | Letter to Defendants' counsel re: default |
| 10/3/19 | .2 | Follow-up email to Defendants' counsel re: default. |
| 10/6/19 | 1.5 | Reviewing Carlos Segarra bankruptcy filing; Assessing Plaintiffs' need to file notices of claim and attend creditors meeting |
| 10/8/19 | 2.9 | Checking Carlos Segarra bankruptcy filing to see if debtor has complied with other to correct incomplete filing; Analyzing Plaintiffs' rights and responsibilities as to incomplete bankruptcy filing |
| 10/9/19 | .6 | Consulting with bankruptcy attorney re: filing notice of claim; and possible motion to convert Chapter 13 to Chapter 7 for fraud in Carlos Segarra bankruptcy filing. |
| 10/10/19 | 5.8 | Prepare and file motion for reconsideration and motion for judgment |
| 10/16/19 | .8 | Attend creditors meeting in Carlos Segarra Bankruptcy |
| 10/17/19 | .3 | Review and analyze defendants' opposition to motion for reconsideration and motion for judgment |
| 10/24/19 | 1.3 | Prepare for and attend hearing re: Motion for reconsideration and motion for judgment |
| 10/27/19 | .6 | Prepare and file proofs of claim for Plaintiffs in corporate defendants' bankruptcy filings |
| 11/6/19 | 1.4 | Prepare for and attend corporate defendants' bankruptcy proceeding |

| Date | Hours | Description |
|---|---|---|
| 11/7/19 | 2.2 | Review and prepare proofs of claim for plaintiffs in Carlos Segarra bankruptcy; Review and prepare objection to Carlos Segarra bankruptcy plan confirmation motion |
| 11/7/19 | 3.8 | Review bank records and Prepare and serve subpoena for documents and deposition on behalf of Plaintiffs and against corporate defendants in corporate defendants' bankruptcy proceedings |
| 11/20/19 | 1.2 | Prepare for an attend creditors meeting in Carlos Segarra bankruptcy |

**Total Hours**     **22.8 -- Hourly Rate ($350)**
**Total Due**     7,980