# EXHIBIT A

Ackerman Fox, LLP
90 Merrick Ave., Suite 400
East Meadow, NY 11554

Invoice submitted to:
Mohammed Gangat
675 3rd Ave., Suite 1810
New York, NY 10017

November 26, 2019

In Reference To:
Invoice #10322

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Kamini Fox** |  |  |  |
| 10/24/2019 | Review and respond to email from Gangat as to chapter 13 trustee's motion to dismiss. | 0.17 300.00/hr | 50.00 |
|  | Prepare and file notice of appearance on behalf of all 6 creditors. | 0.33 300.00/hr | 100.00 |
|  | Email to Gangat with copy of Notice of Appearance filed with court. | 0.17 300.00/hr | 50.00 |
|  | Review chapter 13 trustee's motion to dismiss bankruptcy case. | 0.17 300.00/hr | 50.00 |
|  | Telephone call to Carlos Segarra's bankruptcy attorney and left voicemail message. | 0.17 300.00/hr | 50.00 |
|  | Review notes from Gangat as to history and facts of case through judgment and fraudulent real property transfers, etc. | 0.33 300.00/hr | 100.00 |
| 10/26/2019 | Review judgment obtained by Carolina Guerrero and prepare proof of claim. | 0.50 300.00/hr | 150.00 |
|  | Review documents and prepare proof of claim on behalf of Mohammed Gangat for attorney's fees and disbursements. | 0.50 300.00/hr | 150.00 |
|  | Review documents and prepare proof of claim on behalf of Eliana Galan. | 0.50 300.00/hr | 150.00 |

Mohammed Gangat                                                                                           Page      2

|            |                                                                                                                                                    | Hrs/Rate         | Amount   |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 10/26/2019 | Review documents and prepare proof of claim on behalf of Elsa Mayor.                                                                               | 0.50 300.00/hr   | 150.00   |
|            | Review documents and prepare proof of claim on behalf of Gladys Garcia.                                                                            | 0.50 300.00/hr   | 150.00   |
|            | Review documents and prepare proof of claim on behalf of Luz Trejos.                                                                               | 0.50 300.00/hr   | 150.00   |
|            | Email to Gangat requesting supporting documents for all 6 proofs of claims.                                                                        | 0.17 300.00/hr   | 50.00    |
| 10/27/2019 | Review email from Gangat with documents to support proofs of claims.                                                                               | 0.17 300.00/hr   | 50.00    |
| 10/31/2019 | Email to Gangat checking on status of his review of proofs of claims and status of my preparing Rule 2004 motion and objection to confirmation.    | 0.17 300.00/hr   | 50.00    |
| 11/6/2019  | Email to Gangat requesting supporting documents for Mayor, Trejos, Garcia proof of claims.                                                         | 0.17 300.00/hr   | 50.00    |
| 11/11/2019 | Finalized all 6 proofs of claim, prepare attachments with breakdown of interest, etc. for Mayor, Garcia, Trejos, and file with court.              | 1.17 300.00/hr   | 350.00   |
| 11/18/2019 | Review objections to confirmation of plan filed by mortgagees Deutsche Bank and JPMorgan Chase as to basis for objections.                         | 0.33 300.00/hr   | 100.00   |
|            | Telephone conversation with chatper 13 trustee as to his motion to dismiss and his strategy.                                                       | 0.17 300.00/hr   | 50.00    |
| 11/19/2019 | Prepare objection to confirmation on behalf of Garcia, Trejos, Mayor, together with all exhibits and file with court.                              | 3.67 300.00/hr   | 1,100.00 |
|            | Prepare objection to confirmation on behalf of Galan, Guerrero and Gangat together with all exhibits and file with court.                          | 1.83 300.00/hr   | 550.00   |
|            | Telephone conversation with Gangat as to whether dismiss/convert and pros/cons for each and strategy.                                              | 0.17 300.00/hr   | 50.00    |
| 11/21/2019 | Appearance at Brooklyn Courthouse for Confirmation Hearing.                                                                                        | 2.50 300.00/hr   | 750.00   |
| 11/22/2019 | Review and respond to email from Gangat as to results of confirmation hearing.                                                                     | 0.08 300.00/hr   | 25.00    |

SUBTOTAL:                                                                                                     [    14.94     4,475.00]

Mohammed Gangat                                                                                         Page    3

|            |                                                                                                                                  | Hrs/Rate         | Amount        |
|------------|----------------------------------------------------------------------------------------------------------------------------------|------------------|---------------|
|            | Neil H. Ackerman                                                                                                                 |                  |               |
| 11/19/2019 | confs with KF re objections to confirmatioin and subsections of law that are applicable to each, edit draft objections prepared by KF | 0.75 300.00/hr | 225.00        |
|            | SUBTOTAL:                                                                                                                        | [ 0.75           | 225.00]       |
|            | For professional services rendered                                                                                               | 15.69            | $4,700.00     |
|            | Accounts receivable transactions                                                                                                 |                  |               |
| 10/22/2019 | Payment to account by wire transfer: retainer                                                                                    |                  | ($2,500.00)   |
|            | Total payments and adjustments                                                                                                   |                  | ($2,500.00)   |
|            | Balance due                                                                                                                      |                  | $2,200.00     |
|            | Client funds transactions                                                                                                        |                  |               |
|            | Previous balance of Default                                                                                                      |                  | $0.00         |
| 10/22/2019 | Payment to account by wire transfer: retainer                                                                                    |                  | $2,500.00     |
| 10/22/2019 | Payment to account by wire transfer: retainer                                                                                    |                  | ($2,500.00)   |
|            | New balance of Default                                                                                                           |                  | $0.00         |