| | |
|---|---|
| UNITED STATES DISTRICT COURT | Civil Conference |
| EASTERN DISTRICT OF NEW YORK | Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein | | Date: | 12/11/2019 |
| U.S. Magistrate Judge | | Time: | 11:30 a.m. |

*Eliana Galan, et al. v. Carlos Segarra, et al.*
18-CV-2603 (JO)

Type of Conference:  <u>Status</u>

Appearances:   Plaintiffs    <u>Mohammed Gangat</u>

Defendants   <u>Argilio Rodriguez (counsel); Juan Carlos Segarra, Carlos Segarra (clients)</u>

Scheduling: There are no further conferences scheduled before me at this time.

Summary: The parties agreed to resolve their dispute with an immediate payment of $25,000 to be followed by an additional payment of $5,000 in one month.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge